**Electronically Filed
Supreme Court
SCWC-23-0000408
04-NOV-2025
12:23 PM
Dkt. 5 ODAC**

SCWC-23-0000408

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

AMERICAN EXPRESS NATIONAL BANK,
Respondent/Plaintiff-Appellee,

vs.

ABRON TOURE,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000408; CASE NO. 1DRC-21-0003357)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ., and
Circuit Judge Morikone, assigned by reason of vacancy)

Petitioner/Defendant-Appellant Abron Toure's application

for writ of certiorari filed on September 26, 2025, is rejected.

DATED:  Honolulu, Hawaiʻi, November 4, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Kevin T. Morikone

